*E-FILED - 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRIMITIVO I. UCMAY, | ) | No. C 09-1567 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | (Docket Nos. 1, 2) |
| Defendant. | ) | |

On April 9, 2009, plaintiff, proceeding pro se, filed a motion for leave to proceed in forma pauperis ("IFP") and a motion to appoint counsel. The same day, the court notified plaintiff that he had failed to submit a complaint or petition. Plaintiff was cautioned that his failure to submit a complaint or petition with the above-referenced case number within thirty days would result in the dismissal of this action. No response has been received from plaintiff. Accordingly, the instant action is DISMISSED without prejudice.

The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:  8/5/09

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Ucmay567dis.wpd