***E-FILED - 8/7/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMITIVO I. UCMAY, ) | No. C 09-1567 RMW (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, ) | |
| Defendant. ) | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/5/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Ucmay567jud.wpd